**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CRYSTAL COLEMAN,**

                  **Plaintiff,**

**-vs-**                                                       **Case No. 6:10-cv-1425-Orl-28GJK**

**CIRCLE K STORES, INC., THE**
**TRAVELERS INDEMNITY CO.,**

                  **Defendants.**

_____

# ORDER

This case is before the Court on the Motion for Sanctions by Defendant, Constitution State Services, LLC (Doc. No. 28) filed September 1, 2011, and Plaintiff's Motion to Strike Docket 28 and Motion for Sanctions Against Defendant Constitution State Services, LLC for Violation of Case Management and Scheduling Order and Middle District Local Rule 9.07(b) (Doc. No. 32) filed September 7, 2011. The United States Magistrate Judge has submitted a report recommending that the motion by Constitution States Services, LLC be denied and the motion by Plaintiff be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 18, 2011 (Doc. No. 37) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Sanctions by Defendant Constitution State Services, LLC is **DENIED**.

3. Plaintiff's Motion to Strike Docket 28 and Motion for Sanctions Against Defendant Constitution State Services, LLC for Violation of Case Management and Scheduling Order and Middle District Local Rule 9.07(b) is **GRANTED in part** and **DENIED in part.** It is **GRANTED** only to the extent it requests that Defendant's Motion (Doc. 28) be stricken; it is otherwise **DENIED**. The Motion filed by Defendant Constitution State Services, LLC at docket entry 28 is hereby **STRICKEN** and the Clerk of the Court is directed to remove it from the docket.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 13th day of December, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record