## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**CRYSTAL COLEMAN,**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:10-cv-1425-Orl-28GJK**

**CIRCLE K STORES, INC., THE TRAVELERS INDEMNITY CO.,**

        **Defendants.**

_____

## ORDER

This case is before the Court on Traveler Indemnity Company's Motion for Award of Attorneys Fees (Doc. No. 62) filed July 3, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 1, 2012 (Doc. No. 69) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Traveler Indemnity Company's Motion for Award of Attorneys Fees (Doc. No. 62) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 26th day of October, 2012.

/s/ John Antoon II
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record